**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

REFUGIO OSWALD SANCHEZ-NIETO,

Petitioner,

v.

TIMOTHY ROBBINS, *et al.*,

Respondents.

Case No. 5:26-cv-03909-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: July 28, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE